# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 21 MAP 2019 |
| v. | : | |
| RODNEY LANDIS | : | |
| APPEAL OF:  PENNSYLVANIA STATE POLICE | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 24 MAP 2019 |
| Cross-Appellant | : | |
| v. | : | |
| RODNEY LANDIS, | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                                       **DECIDED: November 5, 2020**

**AND NOW**, this 5th day of November, 2020, the Unopposed Applications to Discontinue Appeal and Remand to the Trial Court for Further Proceedings are GRANTED.  The matters are REMANDED to the Court of Common Pleas of York County for proceedings consistent with *Commonwealth v. Lacombe*, 234 A.3d 602 (Pa. 2020).